ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| B3 Enterprises, LLC | ) ASBCA No. 62256-ADR |
| | ) |
| Under Contract No. N44255-17-D-4011 | ) |

APPEARANCES FOR THE APPELLANT:     Johnathan M. Bailey, Esq.
    Kristin E. Zachman, Esq.
     Bailey & Bailey P.C.
     San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
     Navy Chief Trial Attorney
    Gregory E. Birkenstock, Esq.
     Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  August 19, 2021

_____
MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62256-ADR, Appeal of B3 Enterprises, LLC, rendered in conformance with the Board's Charter.

Dated:  August 20, 2021

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals